IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 15-63-SLR |
| | : | |
| LEE ROBERT MOORE, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE PRE-TRIAL MOTIONS**

Defendant, Lee Robert Moore, by and through his undersigned counsel, Eleni Kousoulis, Assistant Federal Public Defender, hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order extending the time to file pre-trial motions in this case.    In support of this motion the Defendant avers as follows:

1.     On December 2, 2015, the Grand Jury for the District of Delaware returned a one-count Indictment against Mr. Moore, charging him with attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470.

2.     On December 8, 2015, the Honorable Sherry R. Fallon issued a pre-trial Order setting

January 8, 2016, as the deadline for the filing of pre-trial motions.

3.     Defense counsel has not yet received discovery in this case.  Before Counsel can determine what, if any, pre-trial motions need to be filed, a full review of all discovery is necessary.

4.     The defense respectfully requests an additional forty-five (45) days in which to file pre-trial motions in order to allow Defense counsel adequate time to review the discovery once it

is provided and to thereafter meet with Mr. Moore to discuss the case with him to determine what pre-trial motions need to be filed.

5.      Assistant United States Attorney Edmond Falgowski informed Defense counsel that the Government has no objection to the instant motion.

WHEREFORE, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to any time after February 22, 2016.


Respectfully submitted,

EDSON A. BOSTIC
Federal Public Defender

Dated:  January 8, 2016          By:      /s/ *Eleni Kousoulis*
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
District of Delaware
800 King Street, Suite 200
Wilmington, DE  19801
302-573-6010
de_ecf@fd.org

Attorney for Lee Robert Moore

2