IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )    Crim. No. 15-063-SLR
                                )
LEE ROBERT MOORE,               )
                                )
            Defendant.          )

**O R D E R**

At Wilmington this ⁶ᵗʰ day of May, 2016, having conferred with counsel;

IT IS ORDERED that:

1.  A telephone status conference is scheduled for **Tuesday, July 19, 2016** at **3:00 p.m.**, with the court initiating said call.

2.  The time between this order and the teleconference shall be excluded under the Speedy Trial Act in the interest of justice, 18 U.S.C. § 3161, et seq.

_____
United States District Judge