IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :
                                       :
        Plaintiff,                     :
                                       :
v.                                     :        Criminal Action No. 15-63-SLR
                                       :
LEE ROBERT MOORE,                      :
                                       :
        Defendant.                     :

## ORDER

Having considered Defendant's Unopposed Motion to Exclude Time, **IT IS HEREBY**
**ORDERED**, this ___20th___ date of ___July___, 2016, that the period from
July 19, 2016, until the date Mr. Moore is returned to the District of Delaware, is excluded under the
Speedy Trial Act, because the ends of justice served by the delay outweigh the best interests of the
public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h).

_____
**HONORABLE SUE L. ROBINSON**
**UNITED STATED DISTRICT COURT**