USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____ DISTRICT OF   Delaware _____

UNITED STATES OF AMERICA

V.                         } CRIMINAL NUMBER:

Lee Robert Moore                          15-CR-63-SLR

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Lee Robert Moore _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead Guilty _____ to the offense charged, to consent to the disposition of the case in the Southern _____ District of Florida _____ in which I, am held _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: December 12 20 16 at 3:07 PM

Lee Robert Moore _____
*(Defendant)*

_____
*(Witness)*
Robin Rosen-Evans _____
*(Counsel for Defendants)*
Corey Steinberg _____ 1/3/17
*(Assistant United States Attorney)*

Approved

_____ for Wifredo Ferrer
United States Attorney for the   01-03-2017
Southern _____ District of
Florida _____

Charles M. Oberly IV   12/21/16
United States Attorney for the
_____ District of
Delaware _____

CERTIFIED: 1/9/17
AS A TRUE COPY:
ATTEST:
JOHN A. CERINO, CLERK
BY _____
Deputy Clerk