OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2017

Clerk
United States District Court for the Southern District of Florida

Dear Clerk's Office Staff:

The case of U.S.A. v. Lee Robert Moore  is being transferred to your Court from the U.S. District Court for the District of Delaware.  Kindly acknowledge receipt by signing and returning a copy of this letter.

Using your PACER account, you can retrieve the docket and any unrestricted items using the Delaware case number **1:15cr63-001 SLR**.

Our Financial Staff has been copied with this information so they can notify you if there are any bail, passport or criminal debt matters in this case.

Your address was obtained from the Criminal Transfer Process page, hosted by the Northern District of Texas.  Address changes can be made by emailing InterDistrictTransfer_TXND@txnd.uscourts.gov.   If you should need anything additional, I can be reached by email or by dialing 302-573-6170.

Sincerely,

John A. Cerino
Clerk of Court

By:___/s/ Francesca Scarpato_____
Deputy Clerk

Enc.

cc:   U.S. Probation
Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

_____          _____
**Date**                               **Signature**